Claire M. Leary
Attorney at Law
912 Cole Street, Suite 347
San Francisco, California 94117
atyleary@aol.com
Phone 415-225-4640
Fax 510-351-1636

FILED
NOV 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court

For the Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> Bobbie Leon Pree, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | CR 08-657 MHP <br><br> Stipulation and Order <br> Moving Detention Hearing <br> 1.5 hours on November 21, <br> 2008 |

Defendant Bobbie Leon Pree's detention hearing is currently set for 9:29 a.m. tomorrow, Friday, the 21st of November 2008. Defense Counsel requests that the hearing be held instead at 11:00 am on the same day, November 21, 2008. Counsel is unavailable at 9:30 because of a short hearing in Oakland. Pretrial Officer Josh Libby has been informed of this change and is not opposed to it.

The undersigned stipulate to the change.

Dated: November 20, 2008

/ s/ _____
Claire M. Leary
Counsel for Defendant Pree

Dated: November 20, 2008

/s/ _____
Jeff Finigan
Assistant United States Attorney

ORDER

It is so ordered. The detention hearing for Bobbie Leon Pree will be held tomorrow, the 21st of November at 11:00 am. or earlier, if counsel can get there

Dated: November 20, 2008

Bernard Zimmerman
United States Magistrate Judge