1  Claire M. Leary
   912 Cole Street, Suite 347
2  San Francisco, CA 94117
   Telephone: (415) 225-4640
3  Fax: (510) 351-1636

4  Attorney for Bobby Pree

## In the United States District Court
## For the Northern District of California

| | |
|---|---|
| United States of America, | CR 08-657 MHP |
| Plaintiff, | |
| vs. | Stipulation and ~~Proposed~~ Order Continuing Sentencing |
| Bobbie Pree, | Date: Currently set for June 29, 2009 |
| Defendant. | |

The undersigned hereby stipulate that Defendant Pree's sentencing in the above-entitled matter which is currently set for June 29, 2009, be continued to July 13, 2009, at 9:00. This continuance is requested by Defendant Pree. United States Probation Officer

1   Stip to Cont Sentencing and Proposed Order

Cheryl Simone has been informed of this change and is not opposed to it.

Dated: June 19, 2009

                                          ___/s/_____
                                          Claire M. Leary
                                          Counsel for Defendant Pree

Dated: June 19, 2009

                                          __/s/_____
                                          Jeffrey Finigan
                                          Assistant United States Attorney

## O R D E R

It is so ordered. Sentencing in this matter is hereby moved to July 13, 2009 at 9:00.

Dated: June 23, 2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA